[No. 59190-8-I. Division One. April 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. THEOPHYLLIS ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-04695-8, Laura C. Inveen, J., entered November 20, 2006. *Dismissed* by unpublished per curiam opinion.

[No. 59272-6-I. Division One. April 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES A. REGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-10026-1, Richard D. Eadie, J., entered November 14, 2006. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Becker and Ellington, JJ.

[No. 59452-4-I. Division One. April 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGELIO RANGEL LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-11448-5, Ronald Kessler, J., entered January 12, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59614-4-I. Division One. April 21, 2008.]

EMIRA RESULOVIC, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-07059-3, Douglass A. North, J., entered February 5, 2007. *Affirmed* by unpublished per curiam opinion.